# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America )
v. )
Antonio Triplett ) Case No: 2:00CR20053-001
) USM No: 06087-010
Date of Previous Judgment: May 15, 2001 ) pro se
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __200__ months is reduced to __163 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __31__  Amended Offense Level: __29__
Criminal History Category: __VI__  Criminal History Category: __VI__
Previous Guideline Range: __188__ to __235__ months  Amended Guideline Range: __151__ to __188__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 1 1 2008

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK

Except as provided above, all provisions of the judgment dated __05/15/2001__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 11, 2008

Effective Date: _____  Honorable Robert T. Dawson, U.S. District Judge
(if different from order date)  Printed name and title